NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1049

JOHN JOSEPH BENGIS,

Plaintiff-Appellant,

v.

RICHARD MOSS, ESQ. and
KRAMER LEVIN NAFTALIS & FRANKEL LLP,

Defendants-Appellees.

Panagiota Betty Tufariello, Intellectulaw, The Law Offices of P.B. Tufariello, P.C., of Mount Sinai, New York, argued for plaintiff-appellant.

Jeffrey W. Davis, Kramer Levin Naftalis & Frankel LLP, of New York, New York, argued for defendants-appellees. With him on the brief was Matthew B. Moses. Of counsel was Thomas H. Moreland.

Appealed from: United States District Court for the Southern District of New York

Judge Jed S. Rakoff

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1049

JOHN JOSEPH BENGIS,

Plaintiff-Appellant,

v.

RICHARD MOSS, ESQ. and
KRAMER LEVIN NAFTALIS & FRANKEL LLP

Defendants-Appellees.

# Judgment

ON APPEAL from the   United States District Court for the Southern District of New York

in CASE NO(S).        08-CV-4237

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, FRIEDMAN and GAJARSA, Circuit Judges).

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED October 9, 2009              /s/ Jan Horbaly
                                   Jan Horbaly, Clerk